**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 1:04-CR-02 (WLS-TQL) |
| | : | |
| CEDRIC WILLIAMS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Based on recent communications received by the Courtroom Deputy from the Government and provided to Defense Counsel, the Court issues this Order to clarify that routine motions to continue with respect to hearings and conferences in general need not, and should not, be filed under seal. However, to the extent those filings might reference and rely upon matters asserted within sealed documents, Counsel should file a timely motion to file under seal, if justified, and provide sufficient information from which the Court could conclude that there is good cause to permit such filing under seal.

**SO ORDERED**, this 18th day of November 2024.

                                            **/s/ W. Louis Sands**
                                            **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**